## WARREN TOOL & FORGE CO v MARCUS

Ohio Appeals, 7th Dist, Trumbull Co
Decided Feb 13, 1931

For full opinion see 177 NE 49; 39 Oh Ap 38 (Oh Bar 9-15-31).